UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Scott N. Johnson

    v.

Ali Aljabri, et al.,

DEFAULT JUDGMENT

Case No. CIV S-10-cv-3431 MCE CKD

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

      **Abdullah Yasen Algazzali**
      **Abdullah Dahan Alhumisi**

October 7, 2011

VICTORIA C. MINOR, CLERK

By: _/s/ A. Benson_
A. Benson, Deputy Clerk